FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    1089   SI (PR)

Will Moses Palmer III

          Plaintiff,

vs.

Anthony Hedgpeth

          Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Will Palmer, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____10¢ per hour_____   Net: ___∅___

Employer: __CDCR__

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                        Yes ___ No ✓
10             self employment
11      b.    Income from stocks, bonds,                     Yes ___ No ✓
12            or royalties?
13      c.    Rent payments?                                 Yes ___ No ✓
14      d.    Pensions, annuities, or                        Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,             Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.      Are you married?                                 Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.      a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                 - 2 -

|     |     |     |
| --- | --- | --- |
| 1   | b.  | List the persons other than your spouse who are dependent upon you for |
| 2   |     | support and indicate how much you contribute toward their support. (NOTE: |
| 3   |     | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4   |     | THEIR NAMES.). |

5  _____

6  _____

7  5. Do you own or are you buying a home?   Yes \_\_\_  No ✓

8  Estimated Market Value: $_____  Amount of Mortgage: $_____

9  6. Do you own an automobile?   Yes \_\_\_  No ✓

10  Make _____  Year _____  Model _____

11  Is it financed? Yes \_\_\_\_  No \_\_\_\_\_  If so, Total due: $ _____

12  Monthly Payment: $ _____

13  7. Do you have a bank account?  Yes \_\_\_  No ✓  (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $ _____

17  Do you own any cash?  Yes \_\_\_  No ✓  Amount: $ _____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes \_\_\_  No ✓

20  _____

21  8. What are your monthly expenses?   N/A

22  Rent: $ _____  Utilities: _____

23  Food: $ _____  Clothing: _____

24  Charge Accounts:

25  Name of Account          Monthly Payment            Total Owed on This Acct.

26  _____  $ _____  $ _____

27  _____  $ _____  $ _____

28  _____  $ _____  $ _____

(Stamp: Kern Valley State Prison Facility D, Building 8)

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

$500 restitution; Federal Filing Fee'
_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____
_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/7/08                                                  Will ~

DATE                                                  SIGNATURE OF APPLICANT

*[Stamp: Kern Valley State Prison, Facility D, Building 8]*

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Will Palmer III__ for the last six months
[prisoner name]
__Kern Valley State Prison__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __21.00__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __20.56__.

Dated: __4-2-08__                    _____
                                     [Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030 .701                                      REPORT DATE: 04/02/08
                                                            PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              KERN VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU APR. 02, 2008

ACCOUNT NUMBER : H08789                  BED/CELL NUMBER: FDB800000000120W
ACCOUNT NAME   : PALMER, WILL MOSES      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -------------  ---------- ---------   --------   -----------   -------

10/01/2007  BEGINNING BALANCE                                                 0.00

10/23*DD30  CASH DEPOSIT   0648/MR                   13.50                   13.50
11/01 W211  FEDERAL FILIN  0697/OCTFF                              2.70      10.80
12/11 FC04  DRAW-FAC 4     0899/FD3D                              10.80       0.00
12/12*DD30  CASH DEPOSIT   0910/MR                   67.51                   67.51
12/18 W211  FEDERAL FILIN  0962DECFED                             13.50      54.01
   ACTIVITY FOR 2008
01/14 FC04  DRAW-FAC 4     1065/FD3D                              54.01       0.00
01/30*DD30  CASH DEPOSIT   1173/MR                   45.00                   45.00
01/31 FR01  CANTEEN RETUR  701187                                  0.06-     45.06
02/04 W211  FEDERAL FILIN  1197JANFED                              9.00      36.06
02/08 W516  LEGAL COPY CH  1248LCOPIE                              1.00      35.06
02/19 FC04  DRAW-FAC 4     1280/FD3D                              35.06       0.00


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/28/91                  CASE NUMBER: VA008002
COUNTY CODE: LA                           FINE AMOUNT: $    100.00

  DATE      TRANS.   DESCRIPTION                 TRANS. AMT.    BALANCE
--------    ------   -----------------------     -----------    -------

10/01/2007  BEGINNING BALANCE                                     31.68

10/23/07    DR30     REST DED-CASH DEPOSIT          15.00-        16.68
12/12/07    DR30     REST DED-CASH DEPOSIT          16.68-         0.00


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/22/05                  CASE NUMBER: SS042154
COUNTY CODE: MON                          FINE AMOUNT: $  5,000.00

  DATE      TRANS.   DESCRIPTION                 TRANS. AMT.    BALANCE
--------    ------   -----------------------     -----------    -------

10/01/2007  BEGINNING BALANCE                                  5,000.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
BY _____
TRUST OFFICE

```
REPORT ID: TS3030   .701                              REPORT DATE: 04/02/08
                                                      PAGE NO:         2
                        KERN VALLEY STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: OCT. 01, 2007 THRU APR. 02, 2008

ACCT: H08789      ACCT NAME: PALMER, WILL MOSES       ACCT TYPE: I


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/22/05                  CASE NUMBER: SS042154
COUNTY CODE: MON                          FINE AMOUNT: $   5,000.00

   DATE     TRANS.   DESCRIPTION              TRANS. AMT.     BALANCE
 --------   ------   ------------------------ -----------   -----------
 12/12/07   DR30     REST DED-CASH DEPOSIT         58.32-     4,941.68
 01/30/08   DR30     REST DED-CASH DEPOSIT         50.00-     4,891.68

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL       TOTAL        CURRENT     HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS  BALANCE     BALANCE     TO BE POSTED
 ---------    --------    -----------  --------    -------     ------------
    0.00       126.01       126.01        0.00       0.00          0.00


                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                     ---------
                                                        0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
BY _____
TRUST OFFICE

ORIGINAL FILED

FEB 2 2 2008

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number **CV 08 1089 SI (PR)**

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ___ the In Forma Pauperis Application you submitted is insufficient because:

   ___ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ___ Your In Forma Pauperis Application was not completed in its entirety.

   ___ You did not sign your In Forma Pauperis Application.

   ___ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ___ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ___ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

PALMER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.  **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

B.  **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

Will Palmer H08789
Kern Valley State Prison
P.O Box 5104 7-a-120
Delano, Ca. 93216

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

4-9-08

Kern
Facility D, Building

