UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III,<br>        Petitioner,<br>   v.<br>A. HEDGPETH, warden,<br>        Respondent.<br>                                      / | No. C 08-1089 SI (pr)<br><br>**JUDGMENT** |

    This action is dismissed without prejudice to petitioner filing a new federal habeas petition after he concludes his collateral challenge in the state courts to his conviction.

    IT IS SO ORDERED AND ADJUDGED.

DATED: September 29, 2008

                                                      SUSAN ILLSTON<br>
                                         United States District Judge

United States District Court<br>For the Northern District of California